**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                                      CASE NO.: 20-10602-elf
                                                            CHAPTER 13

Luz E. Delgado Elicier,

   Debtor.

_____/

## REQUEST FOR SERVICE

PLEASE TAKE NOTICE THAT the undersigned counsel hereby appears on behalf of
NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-3 ("Secured Creditor"). Pursuant to
Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices
given or required to be given and all papers required to be served in this case to creditors, any
creditors committees, and any other parties-in-interest, be sent to and served upon the
undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Andrea Betts
   Andrea Betts, Esquire
   Email: abetts@rascrane.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Luz E. Delgado Elicier
503 E. 5th Street
Bethlehem, PA 18015-1823

And via electronic mail to:

KEVIN K. KERCHER
Law Office of Kevin K. Kercher, Esq, PC
881 Third Street  Suite C-2
Whitehall, PA 18052

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Andrea Betts
Andrea Betts, Esquire
Email: abetts@rascrane.com