**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>Luz E. Delgado Elicier,<br>　　　　　Debtor<br><br>New Residential Mortgage Loan Trust 2018-3<br>　　　　　Movant<br>　　v.<br><br>Luz E. Delgado Elicier<br>　　　　Debtor/Respondent<br><br>Scott F. Waterman, Esquire<br>　　　　Trustee/Respondent | Bankruptcy No. 20-10602-elf<br><br>Chapter 13<br><br>Related to Doc. No. 13 |

## PRAECIPE TO WITHDRAW

**PLEASE TAKE NOTICE THAT**, on behalf of New Residential Mortgage Loan Trust 2018-3, the undersigned hereby withdraws the following document:

**Docket Entry #13 - New Residential Mortgage Loan Trust 2018-3'S Objection to Confirmation of Debtor's Chapter 13 Plan, filed on February 19, 2020.**

　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid & Crane, LLC
　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　6409 Congress Ave., Suite 100
　　　　　　　　　　　　　　　　Boca Raton, FL 33487
　　　　　　　　　　　　　　　　Telephone: 561-241-6901
　　　　　　　　　　　　　　　　Facsimile: 561-241-1969


　　　　　　　　　　　　　　　By: /s/Brandon Pack_____
　　　　　　　　　　　　　　　　　Brandon Pack, Esquire
　　　　　　　　　　　　　　　　　Bar Number 311976
　　　　　　　　　　　　　　　　　Email: bpack@rasnj.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>Luz E. Delgado Elicier,<br>　　　　　Debtor<br><br>New Residential Mortgage Loan Trust 2018-3<br>　　　　　Movant<br>　v.<br><br>Luz E. Delgado Elicier<br>　　　　Debtor/Respondent<br><br>Scott F. Waterman, Esquire<br>　　　　Trustee/Respondent | Bankruptcy No. 20-10602-elf<br><br>Chapter 13<br><br>Related to Doc. No. 13 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 23, 2020, I electronically filed the foregoing Praecipe to Withdraw with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

KEVIN K. KERCHER
LAW OFFICE OF KEVIN K. KERCHER, ESQ, PC
881 THIRD STREET SUITE C-2
WHITEHALL, PA 18052

LUZ E. DELGADO ELICIER
503 E. 5TH STREET
BETHLEHEM, PA 18015-1823

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

                        Respectfully Submitted,

                        Robertson, Anschutz, Schneid & Crane, LLC
                        Attorney for Secured Creditor
                        6409 Congress Ave., Suite 100
                        Boca Raton, FL 33487
                        Telephone: 561-241-6901
                        Facsimile: 561-241-1969

                        By: /s/ Brandon Pack
                            Brandon Pack, Esquire
                            Bar Number 311976
                            Email: bpack@rasnj.com