United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10602-pmm
Luz E. Delgado Elicier                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Antoinett        Page 1 of 1        Date Rcvd: Apr 27, 2020
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.
14492135        +New Residential Mortgage Loan Trust 2018-3,   c/o Nationstar Mortgage LLC d/b/a Mr. Co,
                  P.O. Box 619096,   Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2020 at the address(es) listed below:
              BRANDON DONALD PACK    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-3
               bpack@rasnj.com
              KEVIN K. KERCHER    on behalf of Debtor Luz E. Delgado Elicier kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-3
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SHEETAL R. SHAH-JANI    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-3
               sshahjani@rascrane.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 6

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-10602-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Luz E. Delgado Elicier
503 E. 5th Street
Bethlehem PA 18015-1823

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/24/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: New Residential Mortgage Loan Trust 2018-3, c/o Nationstar Mortgage LLC d/b/a Mr. Co, P.O. Box 619096, Dallas, TX 75261-9741 | Citibank, N.A., P.O. Box 10826 Greenville, SC 29603-0826 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/29/20                                                                                          Tim McGrath
                                                                                                          **CLERK OF THE COURT**