UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Luz E. Delgado Elicier<br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-10602-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 26th day of May, 2020, by first class mail upon those listed below:

Luz E. Delgado Elicier
503 E. 5th Street
Bethlehem, PA  18015-1823

**Electronically via CM/ECF System Only:**

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL, PA  18052

 

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee