United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Luz E. Delgado Elicier
    Debtor

Case No. 20-10602-pmm
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jul 09, 2020
                     Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2020.
db           Luz E. Delgado Elicier,    503 E. 5th Street,    Bethlehem, PA   18015-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2020 at the address(es) listed below:
          BRANDON DONALD PACK    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-3 bpack@rasnj.com
          KEVIN K. KERCHER    on behalf of Debtor Luz E. Delgado Elicier kevinkk@kercherlaw.com, kevin@kercherlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-3 bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SHEETAL R. SHAH-JANI    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-3 sshahjani@rascrane.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Luz E. Delgado Elicier
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−10602−pmm

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 9, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                            Patricia M. Mayer
                                                            Judge ,
                                                            United States Bankruptcy Court