United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Luz E. Delgado Elicier  
    Debtor

Case No. 20-10602-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 1    Date Rcvd: Jul 30, 2020  
                  Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.
```
db              Luz E. Delgado Elicier,    503 E. 5th Street,    Bethlehem, PA   18015-1823
cr              Citibank, N.A., not in its individual capacity but,   NewRez LLC DBA Shellpoint Mortgage Servi,
                 P.O. Box 10826,    Greenville, SC   29603-0826
cr             +New Residential Mortgage Loan Trust 2018-3,    Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

                  ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2020 at the address(es) listed below:
```
              BRANDON DONALD PACK    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-3
               bpack@rasnj.com
              KEVIN K. KERCHER    on behalf of Debtor Luz E. Delgado Elicier kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-3
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SHEETAL R. SHAH-JANI    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-3
               sshahjani@rascrane.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **LUZ DELGADO ELICIER,** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BKRTCY. NO. 20-10602 pmm** |

## ORDER

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Kevin K. Kercher, Esquire, Attorney for Debtor (the "Application") and upon the certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $2,200.00, and expenses are approved in the amount of $310.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,510.00 which was paid by the Debtor prepetition, in accordance with Debtor's confirmed Chapter 13 Plan.

Dated: 7/30/20

**BY THE COURT:**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**