| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 20-10602-PMM

Luz E. Delgado Elicier
503 E. 5th Street
Bethlehem  PA    18015-1823

Petition Filed Date: 01/30/2020
341 Hearing Date: 03/10/2020
Confirmation Date: 07/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/05/2020 | $250.00 | | 03/26/2020 | $250.00 | | 04/23/2020 | $250.00 | |
| 05/29/2020 | $250.00 | | 06/25/2020 | $250.00 | | 07/23/2020 | $250.00 | |

**Total Receipts for the Period: $1,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $1,789.82 | $0.00 | $1,789.82 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 002 | Unsecured Creditors | $418.37 | $0.00 | $418.37 |
| 3 | SPECIALIZED LOAN SERVICING LLC »» 003 | Ongoing Mortgage | $10,489.18 | $0.00 | $10,489.18 |
| 4 | NEWREZ LLC  D/B/A »» 004 | Mortgage Arrears | $1,577.87 | $0.00 | $1,577.87 |
| 5 | ALLENTOWN DENTAL ASSOCIATES »» 005 | Unsecured Creditors | $174.98 | $0.00 | $174.98 |

Chapter 13 Case No. 20-10602-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,500.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $143.50 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $1,356.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.