Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-10602-PMM**

Luz E. Delgado Elicier
503 E. 5th Street
Bethlehem  PA    18015-1823

Petition Filed Date: 01/30/2020
341 Hearing Date: 03/10/2020
Confirmation Date: 07/09/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/05/2020 | $250.00 | | 03/26/2020 | $250.00 | | 04/23/2020 | $250.00 | |
| 05/29/2020 | $250.00 | | 06/25/2020 | $250.00 | | 07/23/2020 | $250.00 | |
| 08/27/2020 | $250.00 | | 09/24/2020 | $250.00 | | 10/29/2020 | $250.00 | |
| 12/01/2020 | $250.00 | | 12/15/2020 | $250.00 | | 01/11/2021 | $250.00 | |
| 02/10/2021 | $250.00 | | 03/10/2021 | $250.00 | | 04/12/2021 | $250.00 | |
| 05/10/2021 | $250.00 | | | | | | | |

**Total Receipts for the Period:  $4,000.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $4,000.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $1,789.82 | $0.00 | $1,789.82 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 002 | Unsecured Creditors | $418.37 | $0.00 | $418.37 |
| 3 | STATEBRIDGE COMPANY LLC<br>»» 003 | Ongoing Mortgage | $10,489.18 | $2,311.32 | $8,177.86 |
| 4 | NEWREZ LLC  D/B/A<br>»» 004 | Mortgage Arrears | $1,577.87 | $347.68 | $1,230.19 |
| 5 | ALLENTOWN DENTAL ASSOCIATES<br>»» 005 | Unsecured Creditors | $174.98 | $0.00 | $174.98 |

**Chapter 13 Case No. 20-10602-PMM**

<div style="border:1px solid">

<center>**SUMMARY**</center>

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,000.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $3,659.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $341.00 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

</div>