| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10602-PMM**

Luz E. Delgado Elicier  
503 E. 5th Street  
Bethlehem  PA  18015-1823

Petition Filed Date: 01/30/2020  
341 Hearing Date: 03/10/2020  
Confirmation Date: 07/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $250.00 | | 05/10/2021 | $250.00 | | 06/10/2021 | $250.00 | |
| 07/13/2021 | $250.00 | | 08/10/2021 | $250.00 | | 09/13/2021 | $250.00 | |
| 10/12/2021 | $250.00 | | 11/10/2021 | $250.00 | | 12/10/2021 | $250.00 | |
| 01/10/2022 | $250.00 | | 02/10/2022 | $250.00 | | 03/10/2022 | $250.00 | |
| 04/13/2022 | $250.00 | | 05/10/2022 | $250.00 | | 06/10/2022 | $250.00 | |
| 07/12/2022 | $250.00 | | | | | | | |

**Total Receipts for the Period: $4,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $1,789.82 | $0.00 | $1,789.82 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 002 | Unsecured Creditors | $418.37 | $0.00 | $418.37 |
| 3 | STATEBRIDGE COMPANY LLC<br>»» 003 | Ongoing Mortgage | $10,489.18 | $5,092.90 | $5,396.28 |
| 4 | NEWREZ LLC  D/B/A<br>»» 004 | Mortgage Arrears | $1,577.87 | $766.10 | $811.77 |
| 5 | ALLENTOWN DENTAL ASSOCIATES<br>»» 005 | Unsecured Creditors | $174.98 | $0.00 | $174.98 |

**Chapter 13 Case No. 20-10602-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,500.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $6,859.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $641.00 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.