**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          :
                                :
   **LUZ DELGADO ELICIER,**          :     **CHAPTER 13**
                                :
         **Debtor**             :     **BKRTCY. NO. 20-10602**

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I.    Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐**X**    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 Plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.   If you checked the second box, you must provide the information below.*

My current address:          N/A
My current employer and my employer's address:

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐**X**    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

1

\* Amounts are subject to adjustment on 4/01/19 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

***Part IV.    Debtor's Signature***

**I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.**

Executed on:    7/19/2024              /s/ Luz Delgado-Elicier
                Date                   Luz Delgado Elicier, Debtor