Certificate Number: 06531-PAE-DE-038790561

Bankruptcy Case Number: 20-10602



06531-PAE-DE-038790561

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2024, at 3:34 o'clock PM CDT, Luz E Delgado Elicier completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 21, 2024         By:    /s/Sharon Schroeder

                                Name:  Sharon Schroeder

                                Title: Certified Credit Counselor