United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10602-pmm |
| Luz E. Delgado Elicier | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 22, 2024 | Form ID: 138OBJ | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Luz E. Delgado Elicier, 503 E. 5th Street, Bethlehem, PA 18015-1823 |
| 14460175 | | Allentown Dental Associates, 3420 Walbert Ave, Allentown, PA 18104-1700 |
| 14460176 | | Credit First, N.A. - Firestone, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 14872913 | + | NewRez LLC, c/o Angela C. Pattison, Esq, 1415 Route 70 East, Ste 309, Cherry Hill, NJ 08034-2210 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 23 2024 00:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 23 2024 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14465481 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 00:48:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14497353 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 00:48:28 | Citibank, N.A.,, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14483871 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 00:48:25 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14460177 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2024 00:36:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14468590 | ^ | MEBN | Aug 23 2024 00:35:10 | New Residential Mortgage Loan Trust 2018-3, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14492135 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2024 00:36:00 | New Residential Mortgage Loan Trust 2018-3, c/o Nationstar Mortgage LLC d/b/a Mr. Co, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14474901 | + | Email/Text: RASEBN@raslg.com | Aug 23 2024 00:36:00 | New Residential Mortgage Loan Trust 2018-3, CO Andrea Betts, Esq., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14474902 | + | Email/Text: RASEBN@raslg.com | Aug 23 2024 00:36:00 | New Residential Mortgage Loan Trust 2018-3, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14914710 | + | Email/Text: bkmailings@nbsdefaultservices.com | Aug 23 2024 00:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Paul W. Cervenka, 14841 Dallas Parkway, Suite 350, Dallas, Texas 75254-7685 |
| 14914711 | | Email/Text: mtgbk@shellpointmtg.com | Aug 23 2024 00:36:00 | NewRez LLC d/b/a Shellpoint Mortgage |

| | | | | |
|---|---|---|---|---|
| | | | | Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 14460178 | | Email/Text: bankruptcies@penncredit.com | Aug 23 2024 00:36:00 | Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 14460179 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 23 2024 00:36:00 | Specialized Loan Servicing, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 14782698 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 23 2024 00:36:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14577623 | ^ | MEBN | Aug 23 2024 00:35:20 | Wilmington Savings Fund Society, FSB,, Statebridge Company, LLC, 6061 S Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 14489542 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 23 2024 00:36:00 | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14492137 | *+ | New Residential Mortgage Loan Trust 2018-3, c/o Nationstar Mortgage LLC d/b/a Mr. Co, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14492145 | *+ | New Residential Mortgage Loan Trust 2018-3, c/o Nationstar Mortgage LLC d/b/a Mr. Co, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14492148 | *+ | New Residential Mortgage Loan Trust 2018-3, c/o Nationstar Mortgage LLC d/b/a Mr. Co, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

**Name** | **Email Address**

ANGELA CATHERINE PATTISON
   on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-3 apattison@hillwallack.com, apattison@ecf.courtdrive.com

ANGELA CATHERINE PATTISON
   on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-3 apattison@hillwallack.com, apattison@ecf.courtdrive.com

BRANDON DONALD PACK

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: 138OBJ | Total Noticed: 21 |

on behalf of Creditor New Residential Mortgage Loan Trust 2018-3 bpack@rasnj.com

DENISE ELIZABETH CARLON
    on behalf of Creditor New Residential Mortgage Loan Trust 2018-3 bkgroup@kmllawgroup.com

KEVIN K. KERCHER
    on behalf of Debtor Luz E. Delgado Elicier kevinkk@kercherlaw.com  kevin@kercherlaw.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-3 mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHEETAL R. SHAH-JANI
    on behalf of Creditor New Residential Mortgage Loan Trust 2018-3 sshahjani@rascrane.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 51 − 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Luz E. Delgado Elicier<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20−10602−pmm<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 22, 2024

For The Court

Timothy B. McGrath
Clerk of Court