Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-10602-PMM**

Luz E. Delgado Elicier  
503 E. 5th Street  
Bethlehem  PA    18015-1823

Petition Filed Date: 01/30/2020  
341 Hearing Date: 03/10/2020  
Confirmation Date: 07/09/2020

Case Status: Completed on 8/12/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $250.00 | | 09/13/2023 | $250.00 | | 10/11/2023 | $250.00 | |
| 11/13/2023 | $250.00 | | 12/11/2023 | $250.00 | | 01/10/2024 | $250.00 | |
| 02/13/2024 | $250.00 | | 03/11/2024 | $250.00 | | 04/10/2024 | $250.00 | |
| 05/10/2024 | $500.00 | | 06/10/2024 | $500.00 | | 07/11/2024 | $500.00 | |

**Total Receipts for the Period: $3,750.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $1,789.82 | $448.32 | $1,341.50 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 002 | Unsecured Creditors | $418.37 | $104.80 | $313.57 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Ongoing Mortgage | $10,489.18 | $10,489.18 | $0.00 |
| 4 | NEWREZ LLC  D/B/A<br>»» 004 | Mortgage Arrears | $1,577.87 | $1,577.87 | $0.00 |
| 5 | ALLENTOWN DENTAL ASSOCIATES<br>»» 005 | Unsecured Creditors | $174.98 | $43.83 | $131.15 |
| 6 | CREDIT FIRST NA - FIRESTONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PENN CREDIT CORPORATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10602-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,000.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $13,664.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,336.00 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.